IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
*MARTINSBURG DIVISION*

ALFONSO A. COLINDRES,

      *Plaintiff,*

v.                                        Civil Action No: 3:17-cv-61

LANDING TRANSPORT, LLC,
TUAN N. NGUYEN, individually and
As a member of transferee of Landing
Transport, LLC, TUAN N. NGUYEN,
As liquidating trustee of Landing Transport,
LLC, and DUOC DUONG,

## AGREED ORDER TO REMAND

ON THIS DAY came the parties hereto, by their respective counsel of record, and advised the Court that they agree that this case should be remanded from the United States District Court for the Northern District of West Virginia (Martinsburg Division) to the Circuit Court of Berkeley County, West Virginia. Accordingly, the above-styled case is hereby remanded to the Circuit Court of Berkeley County, West Virginia.

Entered: _May 26, 2017_

                                                      **Gina M. Groh**
                                                      **Chief United States District Judge**

Agreed to by:

*/s/ Tracey A. Rohrbaugh*
Tracey A. Rohrbaugh (WVSB #6662)
Christopher D. Petersen (WVSB #11926)
Bowles Rice LLP
Post Office Drawer 1419
Martinsburg, West Virginia 25402-1419
P: (304) 264-4202
F: (304) 267-3822
trohrbaugh@bowlesrice.com
*Counsel for Defendants*


*/s/ Daniel L. Fitch*
Daniel L. Fitch, Esquire
Wharton, Aldhizer & Weaver PLC
Post Office Box 20028
Harrisonburg, Virginia 22801-7528
P: (540) 434-0316
dfitch@wawlaw.com
*Counsel for Plaintiff*